# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LIQIANG WEI,**<br>Plaintiff,<br>vs.<br>**JIAZHONG SUN, ET AL.,**<br>Defendants. | CASE NO. 18-cv-02136-YGR<br><br>**ORDER GRANTING REQUEST FOR WAIVER OF PACER FEES**<br><br>Re: Dkt. No. 8 |

Plaintiff Liqiang Wei filed a letter requesting waiver of PACER Fees. (Dkt. No. 8.) Wei previously was granted in forma pauperis status. (Dkt. No. 4.) Wei has not sought permission to file documents electronically on the Court's electronic case filing (ECF) system.

The Motion for Waiver of PACER Fees is **GRANTED**. The Court finds that plaintiff falls within the class of users eligible for a fee exemption listed in the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts and has demonstrated that a fee exemption to access the docket in this action electronically is necessary to avoid unreasonable burdens. Plaintiff is therefore exempt from fees for PACER usage under $10 per quarterly billing cycle to access the electronic case files for this action maintained in the United States District Court for the Northern District of California, to the extent such use is incurred in the course of filing and accessing documents in this action. Plaintiff shall not be exempt from the payment of fees incurred in connection with other uses of the ECF or PACER system in this court.

Registration for PACER can be done online at https://www.pacer.gov/reg_nonatty.html or by calling the PACER Service Center at (800) 676-6856.

\\
\\
\\

If plaintiff intended to file for permission to file documents electronically on the Court's ECF system, PACER, then he should file a motion to request that permission.

**IT IS SO ORDERED.**

Dated: June 6, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**