# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LIQIANG WEI,**<br>　　　　Plaintiff,<br>　　vs.<br>**JIAZHONG SUN, ET AL.,**<br>　　　　Defendants. | CASE NO. 18-cv-02136-YGR<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE** |

Plaintiff Liqiang Wei is hereby **ORDERED TO SHOW CAUSE** as to why the above-captioned matter should not be dismissed for failure to prosecute in light of plaintiff's failure to file an amended complaint alleging facts sufficient to state civil copyright law and fraud claims by June 12, 2018, as ordered by the Court on May 15, 2018. (*See* Dkt. No. 7.)

A hearing on this Order to Show Cause will be held on **Friday, July 6, 2018**, on the Court's **9:01 a.m**. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than **Friday, June 29, 2018**, plaintiff must file a written response to this Order to Show Cause. If the Court is satisfied with the response, it may vacate the hearing on the Order to Show Cause**.**

**IT IS SO ORDERED.**

Dated: June 19, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**